LEO DERDERIAN *v.* ELIZABETH DERDERIAN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 522, is denied.

*Edward Pontacoloni,* in support of the petition.

Decided June 12, 1985

WALTER JOHNSON ET AL. *v.* KATHERINE IVIMEY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 3 Conn. App. 392, is denied.

*John Ivimey* and *Katherine Ivimey,* pro se, in support of the petition.

*Robert L. Fisher, Jr.,* in opposition.

Decided June 12, 1985

CITY SAVINGS BANK OF BRIDGEPORT *v.* ANDREAS DESSOFF ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 644, is denied.

*Richard G. Kent,* in support of the petition.

*Ronald D. Japha,* in opposition.

Decided June 19, 1985